**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Quality Diversified Services, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-2089411** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2738 Guerrant Springs Road**<br>**Ruffin, NC 27326**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Rockingham**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Quality Diversified Services, Inc.**                              Case number (*if known*) _____
              Name

**7.   Describe debtor's business**       A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**       *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

|          | District | When | Case number |
|----------|----------|------|-------------|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor    **Quality Diversified Services, Inc.**                                        Case number (*if known*) _____
                Name

List all cases. If more than 1,          Debtor    **Matthew and Emily Scearce** _____    Relationship    **shareholders**
attach a separate list

                                          District    **MDNC** _____    When _____    Case number, if known _____

**11.** **Why is the case filed in**    *Check all that apply:*
      *this district?*
                                        ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                            preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                        ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**      ☐ **No**
      **have possession of any**
      **real property or personal**     ☐ **Yes.**  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **property that needs**
      **immediate attention?**
                                        **Why does the property need immediate attention?** (*Check all that apply.*)

                                        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                            What is the hazard? _____

                                        ☐ It needs to be physically secured or protected from the weather.

                                        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                            livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                        ☐ Other _____

                                        **Where is the property?**   _____
                                                                     Number, Street, City, State & ZIP Code

                                        **Is the property insured?**

                                        ☐ No

                                        ☐ Yes.  Insurance agency   _____

                                                 Contact name      _____

                                                 Phone             _____

---

■    **Statistical and administrative information**

**13.** **Debtor's estimation of**   .   *Check one:*
      **available funds**
                                        ■  Funds will be available for distribution to unsecured creditors.

                                        ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**     ■ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
      **creditors**                 ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                    ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                    ☐ 200-999

**15.** **Estimated Assets**        ☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                    ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                    ■ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                    ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.** **Estimated liabilities**   ☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                    ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                    ■ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                    ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Debtor   **Quality Diversified Services, Inc.**                                     Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 13, 2024**
              MM / DD / YYYY

**X** **/s/ Emily Scearce**                                    **Emily Scearce**
Signature of authorized representative of debtor              Printed name

Title   **Vice President and Secretary**

**18. Signature of attorney**

**X** **/s/ Samantha K. Brumbaugh**                   Date   **September 13, 2024**
Signature of attorney for debtor                             MM / DD / YYYY

**Samantha K. Brumbaugh 32379**
Printed name

**Ivey, McClellan, Siegmund, Brumbaugh & McDonough, LLP**
Firm name

**305 Blandwood Avenue**
**Greensboro, NC 27401**
Number, Street, City, State & ZIP Code

Contact phone _____   Email address   **skb@iveymcclellan.com**

**32379 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Quality Diversified Services, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 13, 2024**        X **/s/ Emily Scearce**
_____                          Signature of individual signing on behalf of debtor

**Emily Scearce**
Printed name

**Vice President and Secretary**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Quality Diversified Services, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $      **127,599.65**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $      **127,599.65**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **144,389.34**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$      **244,865.42**

4.  **Total liabilities** ................................................................................................
Lines 2 + 3a + 3b
$      **389,254.76**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Quality Diversified Services, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **First Citizens Account may have been closed by bank with negative balance.** | checking account | $0.00 |
| 3.2. | **First Citizens Account may have been closed by bank with a negative balance.** | checking account | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. $0.00

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Debtor | **Quality Diversified Services, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| **20.** Work in progress | | | | |
| **21.** Finished goods, including goods held for resale | | | | |
| **22.** Other inventory or supplies misc. inventory and supplies including electrical and HVAC materials, hardware, electrical panels, disconnects | | $0.00 | Comparable sale | $1,500.00 |
| other misc. items located on Spartan trailer | | $0.00 | N/A | Unknown |

**23. Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.    | $1,500.00 |

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor   **Quality Diversified Services, Inc.**                     Case number *(If known)* _____
_____
Name

28.   **Crops-either planted or harvested**

29.   **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

30.   **Farm machinery and equipment** *(Other than titled motor vehicles)*

31.   **Farm and fishing supplies, chemicals, and feed**

32.   **Other farming and fishing-related property not already listed in Part 6**
      **2 drawer filing cabinet** _____ $0.00   Comparable sale _____ $10.00

33.   **Total of Part 6.**                                                      | $10.00 |
      Add lines 28 through 32.  Copy the total to line 85.

34.   **Is the debtor a member of an agricultural cooperative?**
      ■ No
      ☐ Yes.  Is any of the debtor's property stored at the cooperative?
              ☐ No
              ☐ Yes

35.   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.   **Is a depreciation schedule available for any of the property listed in Part 6?**
      ■ No
      ☐ Yes

37.   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **HP-15 computer** | $0.00 | Comparable sale | $200.00 |
| **Amazon Echo stuido** | $0.00 | Comparable sale | $50.00 |
| **HP 902SE printer** | $0.00 | Comparable sale | $50.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

Debtor  **Quality Diversified Services, Inc.**                    Case number *(If known)* _____
        Name

| | | |
|---|---|---|
| 43. | **Total of Part 7.** | **$300.00** |
| | Add lines 39 through 42.  Copy the total to line 86. | |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☑ No
- ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2016 Ford F-350** | $0.00 | Comparable sale | $24,505.00 |
| 47.2.  **2017 Ford F150**<br>**jointly owned with Matthew Scearce** | $0.00 | Comparable sale | $6,495.30 |
| 47.3.  **2020 Ford F150**<br>**jointly titled with Emily Scearce** | $0.00 | Comparable sale | $12,439.35 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.  **2021 Spartan 7x16 trailer** | $0.00 | Comparable sale | $4,500.00 |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**325G John Deere compact track loader** | $0.00 | Comparable sale | $58,000.00 |
| **wire stripper** | $0.00 | Comparable sale | $400.00 |
| **Craftsman 14" 42 cc gas chainsaw** | $0.00 | Comparable sale | $50.00 |
| **2023 Diamond mower DLR072 (brush cutter<br>skid steer attachment)** | $0.00 | Comparable sale | $8,000.00 |
| **miter saw and stand** | $0.00 | Comparable sale | $400.00 |

Debtor    **Quality Diversified Services, Inc.**                Case number *(If known)* _____
              Name

| | | | |
|---|---|---|---|
| Bissell carpet cleaner | $0.00 | Comparable sale | $100.00 |
| skid steer trencher attachment | $0.00 | Comparable sale | $1,500.00 |
| power swivel clamp meter | $0.00 | Comparable sale | $150.00 |
| Craftsman 200 psi compressor | $0.00 | Comparable sale | $250.00 |
| Klein advanced circuit tracer kit | $0.00 | Comparable sale | $150.00 |
| generator (hand held) | $0.00 | Comparable sale | $550.00 |
| grapple attachment for skid steer | $0.00 | Comparable sale | $2,000.00 |
| Gracco Magnum X7 sprayer | $0.00 | Comparable sale | $250.00 |
| small hand tools including saws, drills, nail guns, hammers, pumps, ladders, etc. | $0.00 | Comparable sale | $3,500.00 |
| metal brake | $0.00 | Comparable sale | $1,500.00 |
| wire stripper | $0.00 | Comparable sale | $550.00 |
| pipe threader | $0.00 | Comparable Sale | $500.00 |

51.    **Total of Part 8.**                                                    $125,789.65
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

Debtor    **Quality Diversified Services, Inc.**
_____    Case number *(If known)* _____
          Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor **Quality Diversified Services, Inc.**

Case number *(If known)* _____

Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $10.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $125,789.65 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $127,599.65 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $127,599.65 |

**Fill in this information to identify the case:**

Debtor name  **Quality Diversified Services, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 **Ally Financial** | | |
|---|---|---|
| Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**2016 Ford F-350** | $30,758.45    $24,505.00 |

**Creditor's Name** 2.1  **Ally Financial**

**P.O. Box 380902**
**Minneapolis, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2016 Ford F-350**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$30,758.45**   Column B: **$24,505.00**

---

2.2  **Ally Financial**
Creditor's Name

**P.O. Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2020 Ford F150**
**jointly titled with Emily Scearce**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: $30,769.00   Column B: $24,878.70

---

Debtor **Quality Diversified Services, Inc.**                                       Case number (if known) _____
　　　　　Name

☑ No
☐ Yes. Specify each creditor,
　including this creditor and its relative
　priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **John Deere Financial** |
|---|---|

Creditor's Name

**P.O. Box 6600
Johnston, IA 50131**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**4/9/2022**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
　including this creditor and its relative
　priority.

Describe debtor's property that is subject to a lien                $55,549.89        $58,000.00
**325G John Deere compact track loader**

Describe the lien
**Purchase Money Security/UCC1 Financing
Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Truist** |
|---|---|

Creditor's Name

**P.O. Box 849
Wilson, NC 27894**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2/2022**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
　including this creditor and its relative
　priority.

Describe debtor's property that is subject to a lien                $27,312.00        $12,990.60
**2017 Ford F150
jointly owned with Matthew Scearce**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.　　**Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $144,389.34 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor  **Quality Diversified Services, Inc.**
Name

Case number (*if known*)

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: |
| --- |
| Debtor name **Quality Diversified Services, Inc.** |
| United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

2.1  Priority creditor's name and mailing address
**Attonrey General of the US**
**US Dept. of Justice**
**950 Pennsylvania Ave NW**
**Washington, DC 20530-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notices only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Total claim **$0.00**    Priority amount **$0.00**

2.2  Priority creditor's name and mailing address
**Credit Bureau**
**P.O. Box 26140**
**Greensboro, NC 27402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notices only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Total claim **$0.00**    Priority amount **$0.00**

Debtor **Quality Diversified Services, Inc.**  Case number *(if known)* _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Employment Security Commission**
P.O. Box 26504
Raleigh, NC 27611

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notices only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notices only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**NC Dept. of Revenue**
P.O. Box 1168
Raleigh, NC 27640

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notices only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Rockingham County Taxes**
P.O. Box 68
Wentworth, NC 27375

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notices only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor **Quality Diversified Services, Inc.**                                    Case number *(if known)* _____
          _____
          Name

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,711.97** |

| 3.1 | | |
|---|---|---|
| **American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** <u>credit card purchases</u> | |
| | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,149.55** |
|---|---|---|---|
| **First Citizens**<br>**P.O. Box 27131**<br>**Raleigh, NC 27611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** <u>business loan</u> | |
| | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|
| **First Citizens**<br>**P.O. Box 27131**<br>**Raleigh, NC 27611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** <u>negative checking account balances</u> | |
| | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,647.45** |
|---|---|---|---|
| **First Citizens Bank**<br>**P.O. Box 2360**<br>**Omaha, NE 68103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** <u>credit card purchases</u> | |
| | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,721.49** |
|---|---|---|---|
| **Headway Capital, LLC**<br>**175 W. Jackson Blvd., Ste. 1000**<br>**Chicago, IL 60604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** <u>business loan</u> | |
| | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,859.37** |
|---|---|---|---|
| **Home Depot Credit Services**<br>**P.O. Box 653000**<br>**Dallas, TX 75265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** <u>credit card purchases</u> | |
| | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,313.76** |
|---|---|---|---|
| **JPMCB**<br>**P.O. Box 15123**<br>**Wilmington, DE 19850** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** <u>credit card purchases</u> | |
| | Is the claim subject to offset? ☒ No ☐ Yes | |

Debtor   **Quality Diversified Services, Inc.**                          Case number *(if known)*
      Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,141.50 |
|---|---|---|---|

**Lowe's**
P.O. Box 71772
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $848.57 |
|---|---|---|---|

**Murphy USA**
P.O. Box 639
Portland, ME 04104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **fuel**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,448.00 |
|---|---|---|---|

**National Funding, Inc.**
9530 Towne Centre Drive, Ste. 120
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,720.62 |
|---|---|---|---|

**RE Michel Company, LLC**
One RE Michel Drive
Glen Burnie, MD 21060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,600.00 |
|---|---|---|---|

**Verizon Wireles/Southeast**
3 Verizon Place
Alpharetta, GA 30004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **phone services contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,703.14 |
|---|---|---|---|

**Womack Electric & Supply Co., Inc.**
P.O. Box 521
Danville, VA 24543

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **suuplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **First Citizens Bank**<br>P.O. Box 1580<br>Roanoke, VA 24007 | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |

Debtor   **Quality Diversified Services, Inc.**
      Name

Case number (*if known*) _____

| | | **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $      **0.00** |
| **5b. Total claims from Part 2** | 5b.   +   $ | **244,865.42** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $      **244,865.42** |

**Fill in this information to identify the case:**

Debtor name      **Quality Diversified Services, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract  _____ | _____ |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract  _____ | _____ |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract  _____ | _____ |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract  _____ | _____ |

**Fill in this information to identify the case:**

Debtor name **Quality Diversified Services, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Emily Scearce** | | **National Funding, Inc.** | ☐ D _____<br>☒ E/F __3.10__<br>☐ G _____ |
| 2.2 | **Emily Scearce** | | **Ally Financial** | ☒ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Emily Scearce** | | **JPMCB** | ☐ D _____<br>☒ E/F __3.7__<br>☐ G _____ |
| 2.4 | **Emily Scearce** | | **Murphy USA** | ☐ D _____<br>☒ E/F __3.9__<br>☐ G _____ |
| 2.5 | **Matthew and Emily Scearce** | | **Womack Electric & Supply Co., Inc.** | ☐ D _____<br>☒ E/F __3.13__<br>☐ G _____ |

Official Form 206H                    Schedule H: Your Codebtors                    Page 1 of 3

Debtor **Quality Diversified Services, Inc.**                    Case number *(if known)* _____

| ▮ | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.6 | Matthew and Emily Scearce | RE Michel Company, LLC | ☐ D _____<br>▮ E/F __3.11__<br>☐ G _____ |
| 2.7 | Matthew and Emily Scearce | First Citizens Bank | ☐ D _____<br>▮ E/F __3.4__<br>☐ G _____ |
| 2.8 | Matthew and Emily Scearce | First Citizens | ☐ D _____<br>▮ E/F __3.2__<br>☐ G _____ |
| 2.9 | Matthew and Emily Scearce | Lowe's | ☐ D _____<br>▮ E/F __3.8__<br>☐ G _____ |
| 2.10 | Matthew Scearce | American Express | ☐ D _____<br>▮ E/F __3.1__<br>☐ G _____ |
| 2.11 | Matthew Scearce | Home Depot Credit Services | ☐ D _____<br>▮ E/F __3.6__<br>☐ G _____ |
| 2.12 | Matthew Scearce | Ally Financial | ▮ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Matthew Scearce | Headway Capital, LLC | ☐ D _____<br>▮ E/F __3.5__<br>☐ G _____ |

Debtor    **Quality Diversified Services, Inc.**                                Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

2.14    **Matthew Scearce**                        **John Deere Financial**       ■ D ___ **2.3** ___
                                                                                 ☐ E/F _____
                                                                                 ☐ G _____

---

2.15    **Matthew Scearce**                        **Truist**       ■ D ___ **2.4** ___
                                                                    ☐ E/F _____
                                                                    ☐ G _____

---

**Fill in this information to identify the case:**

Debtor name   **Quality Diversified Services, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other   **gross sales/receipts** | $233,384.44 |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **gross sales/receipts** | $823,353.00 |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **gross sales/receipts** | $533,526.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount

Debtor    **Quality Diversified Services, Inc.**                              Case number *(if known)*

may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Quality Diversified Services, Inc.**                          Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ivey, McClellan, Siegmund, Brumbaugh & M**<br>**305 Blandwood Avenue**<br>**Greensboro, NC 27401** | **attorney fee and filing fee** | **06/26/2024** | **$3,500.00** |
| | Email or website address<br>**skb@iveymcclellan.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Ken Scearce** | **Z-track mower** | **05/2024** | **$5,000.00** |
| | Relationship to debtor<br>**father of Matthew Scearce, shareholder** | | | |

---

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Quality Diversified Services, Inc.**                                    Case number *(if known)*

■  Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|
|         |                            |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|------------------------------------------------------------------------------------|------------------------------------------------------------------------------|
|                           |                                                                                    |                                                                              |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑  No.
☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|-----------------------------------------|----------------------------------|--------------------------------|-------------------------------------------------------|-------------------------------------------|
|                                         |                                  |                                |                                                       |                                           |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|------------------------------------------|--------------------------------------------|------------------------------|-----------------------------|
|                                          |                                            |                              |                             |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **Quality Diversified Services, Inc.**                                    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Debtor    **Quality Diversified Services, Inc.**    Case number *(if known)*

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Kimberly Brown & Associates, LLC**<br>**426 W. Kings Hwy**<br>**Eden, NC 27288** | **2021--current** |
| 26a.2. **Emily Scearce** | **2021--current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **First Citizens** |
| 26d.2. **Headway Capital, LLC** |
| 26d.3. **National Funding, Inc.** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Emily Scearce** | | **Vice President, Secretary, shareholder** | **51%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matthew Scearce** | | **President, shareholder** | **49%** |

---

Debtor  **Quality Diversified Services, Inc.**                           Case number *(if known)*

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | --Capital One online payment (personal credit card) |
| | | | | --Capital One online payment (personal credit card) |
| | | | | --Bank of America online payment (personal credit card) |
| | | | | --Chase credit card payment--pay back of taxes paid for with personal credit card |
| | | | | --Capital One online payment--pay back for job supplies purchased with personal credit card |
| | | | | --Chase credit card payment--pay back for job supplies purchased with personal credit card |
| | | $3,000.00 | 5/6/2024 | |
| | | $300.00 | 1/26/2024 | |
| | | $300.00 | 12/1/2023 | |
| | | $1,600.00 | 12/7/2023 | |
| | **Emily Scearce** | $300.00 | 12/7/2023 | |
| | | $150.00 | 11/24/2023 | |
| | Relationship to debtor shareholder, employee | | | |

Debtor    **Quality Diversified Services, Inc.**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | | | | --Chase credit card payment --Chase credit card payment to pay back job supplies purchased with personal credit card. --Purhcase old tractor for reapir and resale. --Chase credit card payment --Captial One online payment --Payment to Paul Barrett, DDS. |
| | **Matthew Scearce** | $1,600.00 $4,621.98 $300.00 $2,000.00 $500.00 $1,000.00 $189.00 | 1/30/2024 12/31/2023 12/7/2023 11/10/2023 11/7/2023 11/7/2023 7/20/2023 | |
| | Relationship to debtor **shareholder, employee** | | | |
| 30.3. | | | October -- December 2023 Jan - March 2024 Apirl - June 2024 | |
| | **Emily Scearce** | $1,000.00 $3,000.00 $1,500.00 | | **gross wages/salay** |
| | Relationship to debtor **shareholder, employee** | | | |
| 30.4. | | | July -- September 2023 October -- December 2023 January - March 2024 April -- June 2024 | |
| | **Matthew Scearce** | $4,800.00 $13,490.00 $17,310.00 $5,770.00 | | |
| | Relationship to debtor **shareholder, employee** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Debtor    **Quality Diversified Services, Inc.**      Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 13, 2024**

**/s/ Emily Scearce**             **Emily Scearce**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Vice President and Secretary**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Quality Diversified Services, Inc.** _____   Case No. _____
                                         Debtor(s)                            Chapter      **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____ **3,162.00**

    Prior to the filing of this statement I have received _____   $ _____ **3,162.00**

    Balance Due _____   $ _____ **0.00**

2.  $ **338.00** _____ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 13, 2024** _____        **/s/ Samantha K. Brumbaugh** _____
*Date*                                          **Samantha K. Brumbaugh 32379**
                                                *Signature of Attorney*
                                                **Ivey, McClellan, Siegmund, Brumbaugh & McDonough,
                                                LLP**
                                                **305 Blandwood Avenue**
                                                **Greensboro, NC 27401**

                                                **skb@iveymcclellan.com** _____
                                                *Name of law firm*

## United States Bankruptcy Court
### Middle District of North Carolina

In re   **Quality Diversified Services, Inc.**

Debtor(s)

Case No. _____

Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Vice President and Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 13, 2024**

**/s/ Emily Scearce**

**Emily Scearce**/**Vice President and Secretary**
Signer/Title

Ally Financial
P.O. Box 380902
Minneapolis, MN 55438


Ally Financial
P.O. Box 380901
Minneapolis, MN 55438


American Express
P.O. Box 981535
El Paso, TX 79998


Attonrey General of the US
US Dept. of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001


Credit Bureau
P.O. Box 26140
Greensboro, NC 27402


Employment Security Commission
P.O. Box 26504
Raleigh, NC 27611


First Citizens
P.O. Box 27131
Raleigh, NC 27611


First Citizens Bank
P.O. Box 2360
Omaha, NE 68103


First Citizens Bank
P.O. Box 1580
Roanoke, VA 24007


Headway Capital, LLC
175 W. Jackson Blvd., Ste. 1000
Chicago, IL 60604


Home Depot Credit Services
P.O. Box 653000
Dallas, TX 75265

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


John Deere Financial
P.O. Box 6600
Johnston, IA 50131


JPMCB
P.O. Box 15123
Wilmington, DE 19850


Lowe's
P.O. Box 71772
Philadelphia, PA 19176


Murphy USA
P.O. Box 639
Portland, ME 04104


National Funding, Inc.
9530 Towne Centre Drive, Ste. 120
San Diego, CA 92121


NC Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27640


RE Michel Company, LLC
One RE Michel Drive
Glen Burnie, MD 21060


Rockingham County Taxes
P.O. Box 68
Wentworth, NC 27375


Truist
P.O. Box 849
Wilson, NC 27894


Verizon Wireles/Southeast
3 Verizon Place
Alpharetta, GA 30004

```
Womack Electric & Supply Co., Inc.
P.O. Box 521
Danville, VA 24543
```

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Quality Diversified Services, Inc.**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Quality Diversified Services, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 13, 2024**

Date

**/s/ Samantha K. Brumbaugh**

**Samantha K. Brumbaugh 32379**

Signature of Attorney or Litigant

Counsel for   **Quality Diversified Services, Inc.**

**Ivey, McClellan, Siegmund, Brumbaugh & McDonough, LLP**

**305 Blandwood Avenue**
**Greensboro, NC 27401**

**skb@iveymcclellan.com**